**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

BNSF Railway Company

                              Plaintiff,

v.                                                     Case No.: 1:16−cv−07499
                                                            Honorable Ronald A. Guzman

Alderks Tire Service, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 22, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan:The Motion to Enforce Settlement [85] is entered and continued and shall be briefed as follows: any response in opposition to the motion is due by 9/5/2017; any reply in support of the motion (if needed) is due by 9/12/2017; and a hearing is set for 9/21/2017 at 11:00 a.m. The motion hearing noticed for 8/29/2017 [86] is cancelled.Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.