IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | 16 CV 7499 |
| | ) ) | Judge Guzman |
| v. | ) ) | |
| ALDERKS TIRE SERVICE, INC., an Illinois Corporation, formerly Marvin Alderks Tire Service and Successor of Hub Oil Company, an Illinois corporation; KRISTINE M. PIERCE, Personal Representative of the Estate of Marvin H. Alderks, deceased; and KELLEY WILLIAMSON COMPANY, an Illinois Corporation, | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Finnegan JURY DEMANDED |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO CONTINUE
HEARING ON MOTION TO ENFORCE SETTLEMENT**

Plaintiff, BNSF Railway Company ("BNSF"), by its attorneys, Sean M. Sullivan and Daley Mohan Groble, P.C., moves the Court for entry of an order continuing the hearing on Defendants' motion to enforce settlement, currently scheduled for September 21, 2017, due to the unavailability of BNSF's lead counsel. In support of the motion, BNSF states as follows:

1. Defendants filed a motion to enforce settlement agreement on August 22, 2017. The Court thereafter entered a briefing schedule and set the matter for hearing on September 21, 2017.

2. BNSF's undersigned lead counsel has a conflict with the date and time scheduled for the hearing on Defendants' motion. Counsel is required to attend a previously-scheduled final pretrial conference at 1:30 p.m. on September 21, 2017, in the United States District Court for the Southern District of Illinois, before the Honorable Reona J. Daly, United States Magistrate Judge.

1

3. The parties have continued discussions concerning disputed language for the proposed settlement agreement and release, and have narrowed some of the issues. BNSF intends to circulate one last proposed draft in an effort to find language acceptable to all parties. On some issues, however, it is uncertain that the parties will be able to find mutually acceptable language.

4. It therefore appears possible the Court will need to hear the motion to enforce, and to determine whether the parties have a settlement. In that event, it is important for BNSF's lead counsel to be able to attend.

5. BNSF has been advised that all counsel are available on the afternoon of September 28, 2017, or anytime on September 29, 2017.

WHEREFORE, BNSF moves the Court for entry of an order continuing the hearing on Defendant's motion to enforce settlement.

Respectfully submitted,

BNSF RAILWAY COMPANY

By: /s/ Sean M. Sullivan
    Sean M. Sullivan
    ARDC No. 6191677

Sean M. Sullivan
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60606
(312) 422-9999

**CERTIFICATE OF SERVICE**

   I, Sean M. Sullivan, an attorney, certify that on September 20, 2017, I electronically filed the foregoing **MOTION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and all other e-filing counsel of record:

*Counsel for Alderks Tire Service, Inc. and Kristine M. Pierce*

Mark T. Schmidt
SCHMIDT & BARBROW, P.C.
300 S. County Farm Road
Suite F
Wheaton, IL 60187
630-690-0100
mschmidt@schmidtbarbrow.com

Bruce J. Farrell
LAW OFFICES OF B.J. FARRELL, P.C.
3341 Hobson Road
Suite A
Woodridge, IL 60517
630-336-1100
bjfarrell@bjfarrelllaw.com

*Counsel for Kelley Williamson Company*

Joel M. L. Huotari
Russell D. Anderson
WILLIAMS & MCCARTHY
120 West State Street
Suite 400
Rockford, IL
jhuotari@wilmac.com
RAnderson@wilmac.com

*Counsel for Northern Illinois Gas Company*

Jacqueline M. Vidmar
Emily N. Masalski
ROONEY RIPPIE &
RATNASWAMY LLP
350 West Hubbard Street
Suite 600
Chicago, IL 60654
Jacqueline.vidmar@r3law.com
Emily.masalski@r3law.com

*Counsel for Stan Olsen Oils, Inc.*

Patrick M. Kinnally
KINNALLY FLAHERTY KRENTZ
LORAN HODGE & MASUR, P.C.
2114 Deerpath Road
Aurora, IL 60506
pkinnally@kfkllaw.com

        /s/  Sean M. Sullivan
        Sean M. Sullivan

3