**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, a Delaware corporation, | ) ) ) | |
| | ) | 16 CV 7499 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Guzman |
| ALDERKS TIRE SERVICE, INC., an Illinois Corporation, formerly Marvin Alderks Tire Service and Successor of Hub Oil Company, an Illinois corporation; KRISTINE M. PIERCE, Personal Representative of the Estate of Marvin H. Alderks, deceased; and KELLEY WILLIAMSON COMPANY, an Illinois Corporation, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Finnegan

JURY DEMANDED |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: See attached service list

Please take notice that on **Thursday, September 21, 2017**, at 11:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Sheila Finnegan or any judge sitting in her stead in Courtroom 2214 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT,** a copy of which is herewith served upon you.

Respectfully submitted,
BNSF RAILWAY COMPANY

By:___/s/_____Sean M. Sullivan_____
Sean M. Sullivan
ARDC No. 6191677

Sean M. Sullivan
DALEY MOHAN GROBLE, P.C.
55 West Monroe Street
Suite 1600
Chicago, IL 60606
(312) 422-9999

1

## CERTIFICATE OF SERVICE

I, Sean M. Sullivan, an attorney, certify that on September 20, 2017, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and all other e-filing counsel of record:

*Counsel for Alderks Tire Service, Inc.*
*and Kristine M. Pierce*

Mark T. Schmidt
SCHMIDT & BARBROW, P.C.
300 S. County Farm Road
Suite F
Wheaton, IL 60187
630-690-0100
mschmidt@schmidtbarbrow.com

Bruce J. Farrell
LAW OFFICES OF B.J. FARRELL, P.C.
3341 Hobson Road
Suite A
Woodridge, IL 60517
630-336-1100
bjfarrell@bjfarrelllaw.com

*Counsel for Kelley Williamson*
*Company*

Joel M. L. Huotari
Russell D. Anderson
WILLIAMS & MCCARTHY
120 West State Street
Suite 400
Rockford, IL
jhuotari@wilmac.com
RAnderson@wilmac.com

*Counsel for Northern Illinois Gas*
*Company*

Jacqueline M. Vidmar
Emily N. Masalski
ROONEY RIPPIE &
RATNASWAMY LLP
350 West Hubbard Street
Suite 600
Chicago, IL 60654
Jacqueline.vidmar@r3law.com
Emily.masalski@r3law.com

*Counsel for Stan Olsen Oils, Inc.*

Patrick M. Kinnally
KINNALLY FLAHERTY KRENTZ
LORAN HODGE & MASUR, P.C.
2114 Deerpath Road
Aurora, IL 60506
pkinnally@kfkllaw.com

     /s/    Sean M. Sullivan
     Sean M. Sullivan