# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

BNSF Railway Company

       Plaintiff,

v.             Case No.: 1:16–cv–07499

              Honorable Ronald A. Guzman

Alderks Tire Service, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2017:

    MINUTE entry before the Honorable Sheila M. Finnegan: Plaintiff's motion to continue hearing on motion to enforce settlement [94] is granted. Motion [85] hearing set on 9/21/2017 is cancelled and reset to 9/29/2017 at 3:00 p.m.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.