IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | 16 CV 7499 |
| v. | ) ) ) | Judge Guzman |
| ALDERKS TIRE SERVICE, INC., an Illinois Corporation and KRISTINE M. PIERCE, Personal Representative of the Estate of MARVIN H. ALDERKS, deceased, | ) ) ) ) ) ) | Magistrate Judge Finnegan<br><br>JURY DEMANDED |
| Defendants. | ) | |

**BNSF RAILWAY COMPANY'S
MOTION TO EXTEND EXPERT DISCOVERY SCHEDULE**

Plaintiff, BNSF Railway Company ("BNSF"), by its attorneys, Sean M. Sullivan and Daley Mohan Groble, P.C., moves the Court for entry of an order extending the schedule for completing expert discovery by thirty-days – to December 30, 2017. BNSF requests such extension solely as a precaution in the event that Magistrate Judge Finnegan rules that the parties do not have a valid and enforceable settlement. In support of its motion, BNSF states as follows:

1. On May 23, 2017, this Court ordered that fact discovery would close on October 5, 2017; that plaintiff would disclose experts by October 5, 2017; that defendants would disclose experts by November 6, 2017; and that expert discovery would close on November 30, 2017. (Doc. No. 53).

2. With the assistance of Magistrate Judge Finnegan, the parties reached a settlement agreement, subject to third-party defendant Nicor confirming that it would participate in the settlement. The parties placed the critical terms of the settlement on the record. Nicor thereafter notified Magistrate Judge Finnegan by email that Nicor would participate in the settlement.

1

3. The parties were unable to reach agreement on the language for a formal settlement agreement and associated releases. On September 29, 2017, Magistrate Judge Finnegan heard argument on a motion to enforce settlement. Defendants requested that the transcript of the statements made on the record at the settlement conference stand as the terms of the settlement. BNSF agreed that the transcript plus the Nicor email should stand as the terms of the settlement. Magistrate Judge Finnegan allowed Nicor fourteen days to submit a written response to the proposal that the transcript and email stand as the settlement.

4. In the unlikely event that Magistrate Judge Finnegan rules that the parties do not have a valid settlement, BNSF requests this Court to extend the schedule for completing expert discovery by thirty days such that: plaintiffs shall disclose experts by November 6, 2017; defendants shall disclose experts by December 6, 2017; and expert discovery shall close on December 30, 2017.

WHEREFORE, BNSF moves the Court for entry of an order extending the schedule for completing expert discovery by thirty-days – to December 30, 2017.

                                                    Respectfully submitted,

                                                    BNSF RAILWAY COMPANY

                                                    By:   /s/    Sean M. Sullivan
                                                            Sean M. Sullivan

Sean M. Sullivan
Kathryn M. Doi
DALEY MOHAN GROBLE, P.C.
55 W. Monroe St., Suite 1600
Chicago, IL 60603
(312) 422-9999

# **CERTIFICATE OF SERVICE**

I, Sean M. Sullivan, an attorney, certify that on October 4, 2017, I electronically filed the foregoing **BNSF RAILWAY COMPANY'S MOTION TO EXTEND EXPERT DISCOVERY SCHEDULE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and all other e-filing counsel of record:

*Counsel for Alderks Tire Service, Inc. and Kristine M. Pierce*

Mark T. Schmidt
SCHMIDT & BARBROW, P.C.
300 S. County Farm Road
Suite F
Wheaton, IL 60187
630-690-0100
mschmidt@schmidtbarbrow.com

Bruce J. Farrell
LAW OFFICES OF B.J. FARRELL, P.C.
3341 Hobson Road
Suite A
Woodridge, IL 60517
630-336-1100
bjfarrell@bjfarrelllaw.com

*Counsel for Kelley Williamson Company*

Joel M. L. Huotari
Russell D. Anderson
WILLIAMS & MCCARTHY
120 West State Street
Suite 400
Rockford, IL
jhuotari@wilmac.com
RAnderson@wilmac.com

*Counsel for Northern Illinois Gas Company*

Jacqueline M. Vidmar
Emily N. Masalski
ROONEY RIPPIE &
RATNASWAMY LLP
350 West Hubbard Street
Suite 600
Chicago, IL 60654
Jacqueline.vidmar@r3law.com
Emily.masalski@r3law.com

*Counsel for Stan Olsen Oils, Inc.*

Patrick M. Kinnally
KINNALLY FLAHERTY KRENTZ
LORAN HODGE & MASUR, P.C.
2114 Deerpath Road
Aurora, IL 60506
pkinnally@kfkllaw.com

 

      /s/     Sean M. Sullivan
            Sean M. Sullivan