## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

BNSF Railway Company

                            Plaintiff,

v.

Alderks Tire Service, Inc., et al.

                            Defendant.

Case No.: 1:16–cv–07499
Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 10, 2017:

        MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 10/10/2017. Parties report on the status of the settlement agreement. Plaintiff's motion to extend expert discovery schedule [98] is granted. Plaintiff's expert(s) to be designated by 11/6/2017. Defendants expert(s) to be designated by 12/6/2017. All expert discovery ordered closed by 12/30/2017. NO FURTHER EXTENSIONS. Defendants and cross defendant Nicor's motion for summary judgment to be filed by 1/16/2018. Response due by 2/5/2018. Reply due by 2/15/2018. Ruling to be by mail. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.