# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

BNSF Railway Company

                             Plaintiff,

v.                                                        Case No.: 1:16−cv−07499
                                                             Honorable Ronald A. Guzman

Alderks Tire Service, Inc., et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 16, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: Hearing on Defendant/Cross−Defendants and Defendants/Third Party Defendants/Cross−Claimants' motion to enforce settlement [85] is set on 10/20/2017 at 3:00 p.m. in Courtroom 2230.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.