IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV 7499 |
| ) | |
| ALDERKS TIRE SERVICE, INC., formerly ) | Judge Ronald A. Guzman |
| Marvin Alderks Tire Service and Successor of ) | |
| Hub Oil Company; KRISTINE M. PIERCE, ) | Magistrate Judge Sheila Finnegan |
| Personal Representative of the Estate of ) | |
| Marvin H. Alderks, deceased; and KELLEY ) | |
| WILLIAMSON COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ..................................................................) | |
| ) | |
| KRISTINE M. PIERCE, Personal ) | |
| Representative of the Estate of Marvin H. ) | |
| Alderks, deceased; and ALDERKS TIRE ) | |
| SERVICE, INC., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| STAN OLSEN OILS, INC.; NORTHERN ) | |
| ILLINOIS GAS COMPANY; and KELLEY ) | |
| WILLIAMSON COMPANY, ) | |
| ) | |
| Third-Party Defendants. ) | |

**SURREPLY OF CERTAIN DEFENDANTS IN
SUPPORT OF MOTION TO ENFORCE SETTLEMENT**

NOW COME two of the Defendants, the Estate of Marvin Alderks, deceased, and Alderks Tire Service, Inc., a corporation (sometimes hereinafter, the "Alderks Defendants"), by and through their attorneys, MARK T. SCHMIDT, JANELLA L. BARBROW, and SCHMIDT & BARBROW, P.C., and B.J. FARRELL and the LAW OFFICES OF B.J. FARRELL, P.C., and, as

and for their Surreply in Support of the Motion of Kelley Williamson Company to enforce the terms of the Settlement Agreement achieved in this case, make the following points and cite the following authorities:

The Alderks Defendants join in the Memorandum filed by Plaintiff BNSF in response to the position taken by Third-Party Defendant NICOR vis-à-vis the settlement which the parties have achieved in this case. The Alderks Defendants make two additional points. First, NICOR accepted and agreed to participate in the settlement achieved by the parties without any conditions or reservations, as the e-mail of its counsel directed to this Honorable Court demonstrates (a copy is appended hereto and is marked Exhibit A). Secondly, NICOR, as is the case with the other Defendants who agreed to the settlement, received consideration in exchange for its promised payment because the claims made against it in the above-captioned case will be dismissed with prejudice in exchange for the payment it has agreed to make.

WHEREFORE, the Estate of Marvin Alderks, deceased, and Alderks Tire Service, Inc., a corporation, pray that this Honorable Court enforce the Settlement Agreement achieved in this case, to which NICOR agreed on June 28, Instanter, require the parties to make the settlement payments to which each has agreed within a set period of time, and dismiss the claim of the Plaintiff with prejudice and without costs.

Respectfully submitted,

SCHMIDT & BARBROW, P.C.

_____/s/ Mark T. Schmidt_____

ARDC No. 3128187
Mark T. Schmidt
SCHMIDT & BARBROW, P.C.
300 South County Farm Road, Suite F
Wheaton, IL 60187
630-690-0100
mschmidt@schmidtbarbrow.com

2

## CERTIFICATE OF FILING

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on October 19, 2017, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/s/ Mark T. Schmidt

ARDC No. 3128187
Mark T. Schmidt
SCHMIDT & BARBROW, P.C.
300 South County Farm Road
Suite F
Wheaton, IL 60187
630-690-0100
mschmidt@schmidtbarbrow.com

# Mark Schmidt

**From:** Jacqueline Vidmar <Jacqueline.Vidmar@R3Law.com>
**Sent:** Wednesday, June 28, 2017 2:46 PM
**To:** Proposed_Order_Finnegan@ilnd.uscourts.gov
**Cc:** Sean Sullivan; Joel Huotari; Emily Masalski; 'Chandra Shannon'; Mark Schmidt; Janella Barbrow; Diane Griffey; Vanessa C. Martinez; Russell Anderson; pkinnally@kfkllaw.com; Pam Nehring; Lisa Roccanova; bjfarrell@bjfarrelllaw.com; Kathryn Doi; Partee, Michael C.
**Subject:** RE: BNSF v. Alderks / Alderks Tire Service Inc. v. Kelly Williamson Company et al (16cv07499)

Judge Finnegan,

This email is to notify you and the other parties that Nicor agrees to the terms of settlement discussed last Friday in the above-referenced case.
Thank you.
Jacquie Vidmar

Jacqueline M. Vidmar
ROONEY RIPPIE & RATNASWAMY LLP
350 W. Hubbard Street, Suite 600 | Chicago, Illinois 60654
*Direct* 312 447 2802 | *Main* 312 447 2800 | *Fax* 312 447 2899
jacqueline.vidmar@r3law.com | www.r3law.com

---

**From:** Jacqueline Vidmar
**Sent:** Tuesday, June 27, 2017 5:00 PM
**To:** Proposed_Order_Finnegan@ilnd.uscourts.gov
**Cc:** 'Sean Sullivan'; Joel Huotari; Emily Masalski; 'Chandra Shannon'; mschmidt@schmidtbarbrow.com; jbarbrow@schmidtbarbrow.com; Diane Griffey; Vanessa C. Martinez; Russell Anderson; pkinnally@kfkllaw.com; Pam Nehring; Lisa Roccanova; bjfarrell@bjfarrelllaw.com; Kathryn Doi; 'Partee, Michael C.'
**Subject:** RE: BNSF v. Alderks / Alderks Tire Service Inc. v. Kelly Williamson Company et al (16cv07499)

Judge Finnegan:

As we discussed this afternoon, our client Nicor Gas is awaiting management approval of the proposed settlement terms in exchange for the same release and indemnity received by the other parties (re any petroleum impacts to the BNSF property). Unofficially speaking, our expectation is that we will receive that approval, but we cannot officially agree to the settlement terms without it.

We had hoped to hear back this afternoon before close of business, but have not. (The Nicor representative who normally approves these decisions is on vacation and unavailable). We will update you as soon as possible. We thank you and the rest of the parties for your patience.

Jacquie Vidmar

Jacqueline M. Vidmar
ROONEY RIPPIE & RATNASWAMY LLP



1

350 W. Hubbard Street, Suite 600 | Chicago, Illinois 60654
Direct 312 447 2802 | Main 312 447 2800 | Fax 312 447 2899
jacqueline.vidmar@r3law.com | www.r3law.com

**CONFIDENTIALITY NOTICE:** This email and any files transmitted with it are confidential, may be legally privileged in whole or in part, and are intended solely for the use of the intended recipient. If you have received this email in error, please notify the sender and delete this e-mail from your system. If you are not the intended recipient, you should not disseminate, distribute, or copy this e-mail, and you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.