UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

BNSF Railway Company
									Plaintiff,

v.									Case No.: 1:16−cv−07499
									Honorable Ronald A. Guzman

Alderks Tire Service, Inc., et al.
									Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 23, 2017:

MINUTE entry before the Honorable Sheila M. Finnegan: Motion hearing held on 10/20/2017 as to Defendant/Third−Party Defendant/Cross−Claimant's motion to enforce settlement agreement. [85] For reasons stated on the record, the motion is denied.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.