# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ALDERKS TIRE SERVICE, INC., an Illinois Corporation and KRISTINE M. PIERCE, Personal Representative of the Estate of MARVIN H. ALDERKS, deceased, | ) ) ) ) ) |
| Defendants. | ) ) |

16 CV 7499

Judge Guzman

Magistrate Judge Finnegan

JURY DEMANDED

## STIPULATION TO DISMISS

BNSF Railway Company ("BNSF"), Alderks Tire Service, Inc. ("Alderks Tire"), Kristine M. Pierce, Personal Representative of the Estate of Marvin H. Alderks ("Pierce"), Kelley Williamson Company ("KWC"), Stan Olsen Oils, Inc. ("Stan Olsen Oils") and Northern Illinois Gas Company ("NICOR"), by their respective attorneys, stipulate as follows:

1. BNSF hereby dismisses its complaint against Alderks Tire, Pierce and KWC <u>with prejudice</u> and with each party to bear its own costs, pursuant to their settlement agreement;

2. Alderks Tire and Pierce hereby dismiss their crossclaims and/or third-party complaints against KWC and NICOR <u>with</u> <u>prejudice</u> and with each party to bear its own costs, pursuant to their settlement agreement;

3. KWC hereby dismisses its crossclaims and/or third-party complaints against Alderks Tire, Pierce and NICOR <u>with</u> <u>prejudice</u> and with each party to bear its own costs, pursuant to their settlement agreement;

4. Alderks Tire, Pierce and KWC hereby dismiss their third-party complaints against Stan Olsen Oils <u>without</u> <u>prejudice</u> and with each party to bear its own costs.

5.  This case shall be dismissed in its entirety in accordance with the foregoing stipulations.

> Respectfully submitted,
>
> BNSF RAILWAY COMPANY
>
> By: /s/ Sean M. Sullivan
> Sean M. Sullivan

Sean M. Sullivan
Kathryn M. Doi
DALEY MOHAN GROBLE, P.C.
55 W. Monroe St., Suite 1600
Chicago, IL 60603
(312) 422-9999

**Agreed To and Signed with Permission:**

*Alderks Tire Service, Inc.*
*and Kristine M. Pierce*
By:/s/ Mark T. Schmidt
Mark T. Schmidt
SCHMIDT & BARBROW, P.C.
300 S. County Farm Road
Suite F
Wheaton, IL 60187
630-690-0100
mschmidt@schmidtbarbrow.com

Bruce J. Farrell
LAW OFFICES OF B.J. FARRELL, P.C.
3341 Hobson Road
Suite A
Woodridge, IL 60517
630-336-1100
bjfarrell@bjfarrelllaw.com

*Kelley Williamson*
*Company*
By:/s/ Joel M.L. Huotari
Joel M. L. Huotari
Russell D. Anderson
WILLIAMS & MCCARTHY
120 West State Street, Suite 400
Rockford, IL
jhuotari@wilmac.com

*Northern Illinois Gas*
*Company*
By: /s/ Jacqueline M. Vidmar
Jacqueline M. Vidmar
Emily N. Masalski
ROONEY RIPPIE &
RATNASWAMY LLP
350 West Hubbard Street
Suite 600
Chicago, IL 60654
Jacqueline.vidmar@r3law.com
Emily.masalski@r3law.com

*Stan Olsen Oils, Inc.*
By:/s/ Patrick M. Kinnally
Patrick M. Kinnally
KINNALLY FLAHERTY KRENTZ
LORAN HODGE & MASUR, P.C.
2114 Deerpath Road
Aurora, IL 60506
pkinnally@kfkllaw.com

## **CERTIFICATE OF SERVICE**

  I, Sean M. Sullivan, an attorney, certify that on December 18, 2017, I electronically filed the foregoing **STIPULATION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and all other e-filing counsel of record:

*Counsel for Alderks Tire Service, Inc. and Kristine M. Pierce*

Mark T. Schmidt
SCHMIDT & BARBROW, P.C.
300 S. County Farm Road
Suite F
Wheaton, IL 60187
630-690-0100
mschmidt@schmidtbarbrow.com

Bruce J. Farrell
LAW OFFICES OF B.J. FARRELL, P.C.
3341 Hobson Road
Suite A
Woodridge, IL 60517
630-336-1100
bjfarrell@bjfarrelllaw.com

*Counsel for Kelley Williamson Company*

Joel M. L. Huotari
Russell D. Anderson
WILLIAMS & MCCARTHY
120 West State Street
Suite 400
Rockford, IL
jhuotari@wilmac.com
RAnderson@wilmac.com

*Counsel for Northern Illinois Gas Company*

Jacqueline M. Vidmar
Emily N. Masalski
ROONEY RIPPIE &
RATNASWAMY LLP
350 West Hubbard Street
Suite 600
Chicago, IL 60654
Jacqueline.vidmar@r3law.com
Emily.masalski@r3law.com


*Counsel for Stan Olsen Oils, Inc.*

Patrick M. Kinnally
KINNALLY FLAHERTY KRENTZ
LORAN HODGE & MASUR, P.C.
2114 Deerpath Road
Aurora, IL 60506
pkinnally@kfkllaw.com

            /s/  Sean M. Sullivan
            Sean M. Sullivan