## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

BNSF Railway Company

                                        Plaintiff,

v.                                                      Case No.: 1:16–cv–07499
                                                        Honorable Ronald A. Guzman

Alderks Tire Service, Inc., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2017:

     MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation to dismiss [107], this case is dismissed in its entirety. Each party shall bear its own costs pursuant to their settlement agreement. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.