**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

BNSF Railway Company

                Plaintiff,

v.                                   Case No.: 1:16−cv−07499
                                          Honorable Ronald A. Guzman

Alderks Tire Service, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 19, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: The District Court having terminated this case [108], the referral in this case is hereby closed. Judge Honorable Sheila M. Finnegan no longer referred to the case.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.